**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Title Resources Guaranty Company as Subrogee of SLS Properties v.
The Lighthouse Church & Ministries

Appellate case number:   01-18-00015-CV

Trial court case number: 2015-25934

Trial court:             11th District Court of Harris County

The parties have filed a joint agreed motion regarding the number of briefs to be filed in these cross-appeals. The motion is GRANTED.

The parties shall file briefs as follows:

1.  Appellant Title Resources Guaranty Company shall file an opening brief.

2.  Appellee The Lighthouse Church and Ministries shall file one brief incorporating its appellee's brief and cross-appellant's brief.

3.  Appellant shall file one brief incorporating its appellant's reply and cross-appellee's brief.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                ☑ Acting individually    ☐ Acting for the Court

Date:  January 25, 2018